STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 05-835 consolidated with CA 05-833, CA 05-834

HAROLD ALEXANDER

VERSUS

IBERIA PARISH SCHOOL BOARD, ET AL.

**********

APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT
PARISH OF IBERIA, NO. 101787-D C/W 101420-D, 101490-D
HONORABLE WILLIAM D. HUNTER, DISTRICT JUDGE

**********

JOHN D. SAUNDERS
JUDGE

**********

Court composed of John D. Saunders, Michael G. Sullivan, and J. David Painter, Judges.

AFFIRMED.

David Robert Kelly
Breazeale, Sachse, and Wilson
P. O. Box 3197
Baton Rouge, LA 70821
(225) 387-4000
Counsel for Defendant/Appellant:
Honeywell International, Inc.

**Walter Clayton Dumas**
**Dumas & Associates Law Corporation**
**P. O. Box 1366**
**Baton Rouge, LA 70821-1366**
**(225) 383-4701**
**Counsel for Plaintiffs/Appellees:**
**Kelly Charpentier**
**Fred Charpentier**
**Harold Alexander, Jr.**

**David W. Groner**
**Attorney at Law**
**P. O. Box 9207**
**New Iberia, La 70562-2907**
**(337) 364-3629**
**Counsel for Plaintiffs/Appellees:**
**Jeanine Collins**
**Nicole Collins**
**James Neil Collins**
**Claire Collins**

**Gary Mark Zwain**
**Duplass, Zwain & Buirgeios**
**3838 N. Causeway Blvd Ste 2900**
**Metairie, LA 70002**
**(504) 832-3700**
**Counsel for Defendant/Appellant:**
**Crown Roofing Services, Inc.**

**David Perry Salley**
**Salley, Hite, Rivera & Mercer**
**3753 Perkins Rd., Ste 5**
**Baton Rouge, LA 70808**
**(225) 379-3133**
**Counsel for Defendant/Appellant:**
**Iberia Parish School Board**

**P. Charles Calahan**
**Attorney at Law**
**P. O. Box 9547**
**New Iberia, LA 70562-9547**
**(337) 365-8046**
**Counsel for Plaintiffs/Appellees:**
**B.H. Calahan**
**Annie R.H. Rapp**

**Chet Girard Boudreaux**
**McKernan Law Firm**
**8710 Jefferson Highway**
**Baton Rouge, LA 70809**
**(225) 926-1234**
**Counsel for Plaintiffs/Appellees:**
**James Neil Collins**
**Claire Collins**
**B.H. Calahan**
**Nicole Collins**
**Jeanine Collins**
**Harold Alexander, Jr.**
**Annie R.H. Rapp**
**Fred Charpentier**
**Kelly Charpentier**

**Chet Gerard Boudreaux**
**In Proper Person**
**1407 Westgate Road**
**Lafayette, LA 70506**
**Counsel for Plaintiffs/Appellees:**
**Claire Collins**

**SAUNDERS, Judge.**

For the reasons set forth in the companion case hereto, ANNIE R. H. RAPP, ET AL. VERSUS IBERIA PARISH SCHOOL BOARD, ET AL., 05-833 (La.App. 3 Cir. /__ /06), ___ So.2d ___, the judgment of the trial court is affirmed.

**AFFIRMED.**